# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>ALEJANDRO RIVAS-JAIME,<br>　　　　　Defendant. | 2:10-cr-00620-PMP-GWF<br>**ORDER**<br>Substitution of Attorney (#36) |

On April 20, 2011, Defendant Alejandro Rivas-Jaime, Leslie A. Park, Esq. and the Public Defender submitted notice that Leslie A. Park would be substituted as counsel for Defendant Alejandro Rivas-Jaime. (#36). Accordingly,

**IT IS HEREBY ORDERED** that Leslie A. Park will be substituted as attorney of record for Defendant Alejandro Rivas-Jaime in place of the Federal Public Defender.

DATED this 21st day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**